```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  JOHN HOIEN and PEGGY HOIEN,         No. 2:05-cv-2464-MCE-KJM
12            Plaintiffs
13       v.
14  MERCK & CO., INC.,
    MCKESSON CORPORATION, and
15  AMERISOURCEBERGEN DRUG CORP.,
16            Defendants.
    _____/
17
    JOHN NEAL and BETTY NEAL,           No. 2:06-cv-0675-GEB-PAN
18
              Plaintiffs
19
         v.
20
    MERCK & CO., INC. and
21  MCKESSON CORPORATION,
22            Defendants.
    _____/
23
24       The Court has received the Notice of Related Cases
25  concerning the above-captioned cases filed.  See Local Rule 83-
26  123, E.D. Cal. (1997).  The Court has determined, however, that
27  it is inappropriate to relate or reassign the cases, and
28  therefore declines to do so.
```

This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATE: April 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE