UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HOIEN and PEGGY HOIEN, | No. 2:05-cv-2464-MCE-KJM |
| Plaintiffs | |
| v. | |
| MERCK & CO., INC., MCKESSON CORPORATION, and AMERISOURCEBERGEN DRUG CORP., | |
| Defendants. | |
| _____/ | |
| JOHN NEAL and BETTY NEAL, | No. 2:06-cv-0675-GEB-PAN |
| Plaintiffs | |
| v. | |
| MERCK & CO., INC. and MCKESSON CORPORATION, | |
| Defendants. | |
| _____/ | |

The Court has received the Notice of Related Cases concerning the above-captioned cases filed.  See Local Rule 83-123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

1 | This order is issued for informational purposes only, and shall
2 | have no effect on the status of the cases, including any previous
3 | Related (or Non-Related) Case Order of this Court.
4 |     IT IS SO ORDERED.
5 | DATE: April 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE