UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINO LAOLAGI, MEAFEU LAOLAGI, GARY PFISTER, and NANCY PFISTER,<br><br>    Plaintiffs<br><br>  v.<br><br>MERCK & CO., INC.,<br><br>    Defendant.<br>_____/ | No. 2:06-cv-1313-LKK-KJM<br><br><br><br><br><br>**NON-RELATED CASE ORDER** |
| ESTER NED,<br><br>    Plaintiff,<br><br>  v.<br><br>MERCK & CO., INC.,<br><br>    Defendant.<br>_____/ | No. 2:05-cv-2584-MCD-DAD |
| BOYD COLE, STEVEN COLE, and KAREN ALVISO,<br><br>    Plaintiffs,<br><br>  v.<br><br>MERCK & CO., INC., and MCKESSON CORPORATION,<br><br>    Defendants.<br>_____/ | No. 2:05-cv-2609-MCD-GGH |

```
 1  FRANCES HUBBEL,                        No. 2:06-cv-0690-MCE-DAD
 2         Plaintiff,
 3     v.
 4  MERCK & CO., INC.,
 5         Defendant.
    _____/
 6
    PATRICIA LOVE,                         No. 2:05-cv-2140-MCD-PAN
 7
           Plaintiff,
 8
       v.
 9
    MERCK & COMPANY, INC., and
10  MCKESSON CORPORATION,
11         Defendants.
    _____/
12
    JOHN HOIEN, and PEGGY HOIEN,           No. 2:05-cv-2464-MCD-KJM
13
           Plaintiffs,
14
       v.
15
    MERCK & CO., INC., MCKESSON
16  CORPORATION, and
    AMERISOURCEBERGEN DRUG CORP.,
17
           Defendants.
18  _____/
```

19      The Court has received the Notice of Related Cases
20 concerning the above-captioned cases filed.  See Local Rule 83-
21 123, E.D. Cal. (1997).  The Court has determined, however, that
22 it is inappropriate to relate or reassign the cases, and
23 therefore declines to do so.
24 ///
25 ///
26 ///
27 ///
28 ///

This Order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATE: July 5, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE