UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICK GAVIGAN,                         No. 2:06-cv-1597-FCD-KJM

      Plaintiff,

  v.

MERCK & CO., INC.,
RALEY'S INC., and
AMERISOURCEBERGEN DRUG CORP.,

      Defendants.
_____/

ESTHER NED,                              No. 2:05-cv-2584-MCE-DAD

      Plaintiff,

  v.

MERCK & CO., INC. and
MCKESSON CORPORATION,

      Defendants.
_____/

BOYD COLE, ET AL.,                       No. 2:05-cv-2609-MCE-GGH

      Plaintiff,

  v.

MERCK & CO., INC., and
MCKESSON CORPORATION,

      Defendants.
_____/

1    JOHN HOIEN and PEGGY HOIEN,       No. 2:05-cv-2464-MCE-KJM

2          Plaintiffs,

3      v.

4    MERCK & CO., INC.,
     MCKESSON CORPORATION, and
5    AMERISOURCEBERGEN DRUG CORP.,

6          Defendants.

7    _____/

    FRANCES HUBBEL,              No. 2:06-cv-0690-MCE-DAD
8

9          Plaintiff,

10      v.

     MERCK & CO., INC.,
11

12          Defendant.

   _____/
13    PATRICIA LOVE,                No. 2:05-2140-MCE-PAN

14          Plaintiff,

15      v.

16    MERCK & CO., INC.,
     MCKESSON CORPORATION, and
17    AMERISOURCEBERGEN DRUG CORP.,

18          Defendants.

19    _____/

20      The Court has received the Notice of Related Cases

21 concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-

22 123, E.D. Cal. (1997).  The Court has determined, however, that

23 it is inappropriate to relate or reassign the cases, and

24 therefore declines to do so.

25 ///

26 ///

27 ///

28 ///

2

1    This Order is issued for informational purposes only, and

2  shall have no effect on the status of the cases, including any

3  previous Related (or Non-Related) Case Order of this Court.

4    IT IS SO ORDERED.

5  DATE: August 14, 2006

6

7

8                              _____

9                              MORRISON C. ENGLAND, JR
                               UNITED STATES DISTRICT JUDGE